# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KEITH SCARLETT, et. al.,

    Plaintiffs,

Case No. 3:23-cv-821-TJC-LLL

v.

JEFFREY JORDAN, et. al.,

    Defendants.

## **O R D E R**

Upon review of the Stipulation of Dismissal with Prejudice (Doc. 25), filed on March 8, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of March, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record